IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BEATRICE SHIRLEY WILLIAM STEELE,

    Plaintiff,

vs.

MUTUAL OF OMAHA INSURANCE COMPANY, ROBERT GRANT, DIANA M. WHITE, and DENNIS SCHAFF, Insurance Agent;

    Defendants.

8:24CV300

ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis filed on July 9, 2025. Filing No. 14. Plaintiff was previously granted leave to proceed in forma pauperis in this case on August 15, 2024. See Filing No. 9. Accordingly,

IT IS ORDERED that: Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Filing No. 14, is denied as moot. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims in her Amended Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 14th day of July, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge